*Lawson v. Spirit Aerosystems, Inc.*
*Plaintiff's First List of Custodians To Spirit*
*1/28/2019*

CONFIDENTIAL

| Custodian (inc. any personal or executive assistants) | Most Recent Title While At Spirit |
| --- | --- |
| Adam Pogue | Senior Director Global Facilities/Tooling |
| Alan Hermanson | VP Business Development |
| Alan Young | VP Wichita Fabrication Operations |
| Aldo Servello | VP Boeing, Defense, Business/ Regional Jet Programs, and GCS&S |
| Amie Emerson | Senior Director Airbus Programs Quality |
| Andy Cobb | VP/Chief Engineer Airbus |
| Bill Brown | Senior VP/GM Oklahoma Operations, Business/Regional Jets & Global Customer Support |
| Bob Johnson | Chairman, Board of Spirit Aerosystems, Inc. |
| Bob Recchio | VP GCS&S Sales & Marketing |
| Charles Baggett | VP Kinston & France Operations |
| Charles Chadwell | Board of Spirit Aerosystems, Inc. |
| Charlie McKinny | VP Boeing Cost Reduction Management |
| Christopher Collins | VP Transfer of Work |
| Cindy Hoover | VP Twin Aisle Programs |
| Dan Caughran | VP Global Quality |
| Deanne Waddell | Assistant to the CEO |
| Duane Hawkins | Senior VP/GM Boeing, Defense, Business/Regional Jet Programs and Global Customer Support |
| Dwayne Johnston | VP Defense Strategic Programs |
| Francis Raborn | Board of Spirit Aerosystems, Inc. |
| Frédéric Michelland | VP Airbus Programs Business Development and Customer Relations |
| Ghassan Awwad | Senior Director Global Production Engineering |
| Grant Bauserman | Senior Director Defense Quality |
| Heidi Wood | SVP Strategy, M&A, Investor Relations |
| Irene Esteves | Board of Spirit Aerosystems, Inc. |
| Jason Beckmann | VP Global Contracts |
| Jeff Degraffenreid | Deputy General Counsel Airbus, Disputes, & CAO |
| Jeffry Dempsey | VP Chief Engineer Boeing |
| Jim Cocca | VP Manufacturing Strategy |
| Jim Reed | VP Global Supply Chain & Logistics |
| Jim Urso | VP Fabrication |
| John Dean | Senior Director Core BD, Defense New Business & Strategic Initiatives |
| John Gilson | VP Corporate Controller |
| John Pilla | Senior VP Chief Technology & Quality Officer |
| John Plueger | Board of Spirit Aerosystems, Inc. |
| Justin Welner | VP Human Resources and EHS |
| Kailash Krishnaswamy | VP Investor Relations, Mergers & Acquisitions and Strategy |
| Kevin Ettwein | Senior Director GPE Kinston & St. Nazaire |
| Kevin Matthies | Senior VP Global Fabrication |
| Larry Lawson | President and CEO |
| Laura Wright | Board of Spirit Aerosystems, Inc. |
| Lillian Dukes | VP GCS&S Business Operations |
| Mark Suchinski | VP 787 Program |
| Matt Martin | VP A350 Programs |
| Michelle Lohmeier | Senior VP/GM Airbus Programs |
| Paul Fulchino | Board of Spirit Aerosystems, Inc. |
| Rich Richardson | VP Chief Information Officer |
| Richard Gephardt | Board of Spirit Aerosystems, Inc. |
| Robert Johnson | Board of Spirit Aerosystems, Inc. |
| Rod Webber | VP Chief Engineer Boeing & Regional Jet Programs |
| Ron Rabe | Senior VP Fabrication & SCM |
| Ronald Kadish | Board of Spirit Aerosystems, Inc. |
| Sam Marnick | Executive VP Chief Administration Officer |
| Sanjay Kapoor | Executive VP Chief Financial Officer |
| Sanjoy Kumar | Senior Director Boeing Programs Quality |
| Scott McLarty | VP/GM UK & Malaysia |
| Sean Black | VP R&D and Chief Engineer Airbus |
| Shawn Campbell | VP 737 Program |
| Stacy Cozad | Senior VP General Counsel, Chief Compliance Officer & Corporate Secretary |
| Stacy Hall | Senior Director Airbus Programs Controller |
| Steve Sharp | VP Fabrication and Supply Chain Controller |
| Stuart Harrison | Senior Director Global SCM Program, Materials & PO Management |
| Terry George | VP/GM Kinston |
| Tom Gentile | President and CEO |
| Tommy Cowan | Senior Director A320, A330, A380 Program Management |
| Tony Hardone | VP Finance Operations |
| Tony Kondrotis | VP Program Leader 747, 767, 777 |
| Vic McMullen | VP/GM Wichita Operations |
| Wendy Crossman | Senior Director Global SCM Sourcing Management |

*Lawson v. Spirit Aerosystems, Inc.*
*Plaintiff's First Set of Search Terms To Spirit*
*1/28/2019*

Confidential

| Search Term | Notes |
|---|---|
| Larry AND (CEO OR Spirit OR consult! OR proxy OR contest) | Except for Lawson as custodian |
| Lawson AND (Retire! OR Resign! OR negotiate! OR employ!) | Except for Lawson as custodian, pre-Lawson retirement date |
| Lawson | Except for Lawson as custodian, post-Lawson retirement date |
| llawson333@gmail.com | |
| Arconic | |
| @arconic.com | |
| Kleinfeld OR Blankenship | |
| Elliot OR Elliott OR Eliott OR Eliot OR singer | |
| *@elliottmgmt.com | |
| (Boeing OR Airbus) AND (produc! OR sell OR sale OR sold OR custom! OR market OR agreement) | |
| Asco AND (antitrust OR "federal trade commission" OR FTC OR HSR OR Hart OR Scott OR Rodino OR 4c OR 4d | |
| (Boeing OR Airbus) AND (contract OR sale OR sell OR produc! OR manufactur! OR Fabricat! OR suppl!) | |
| Non-Compet! AND enforc! | |
| (retirement OR Employment) /4 (Agreement OR Contract) | |
| Retirement /4 (benefits OR payments) | |
| (market OR business OR aerospace) AND (analy! OR review! OR strateg! OR comparab! OR competit!) | |
| Tier /10 (1 OR 2 OR 3 OR 4 OR one OR two OR three OR four OR super OR sub) | |
| Proxy Contest | |
| Manufactur! OR Sell Or Sale OR Sold | |
| (Customer OR client) AND (data! OR list) | |
| Supplier OR sub-supplier | |
| Catalog OR Catalogue | |
| Acquir! OR Acquisition OR divest! OR joint venture OR merge! OR alliance OR ally | |
| (corporate OR business OR fabricat! OR partner!) /4 strateg! | |
| Aerostructure OR component | |
| fabricat! | |
| "Boeing Partners Network" OR BPN" | |
| (Org OR Organization) /10 chart | |
| fastener OR bolt | |
| Fuselage | |
| Flight Critical | |
| Wing /4 (box OR rib) | |
| Shear ties | |
| pallet assembl! | |
| spoiler | |
| Access /4 door | |
| helicopter /4 floor | |
| (Engine OR turbine) /4 (base OR structure) | |

| Search Term | Notes |
| --- | --- |
| Window frame | |
| seat /4 track | |
| pylon | |
| bulkhead | |
| (aluminum OR metal) /4 machin! | |
| diffusion bonding | |
| laser /4 cut! | |
| Water-jet OR water jet | |
| chemical mill! | |
| stretch form! | |
| (Chromic OR Chrome OR acid) /4 anodiz! | |
| (chromic Or Chrome) /4 acid | |
| Passivation | |
| Chemical converstion | |
| Titanium etch! | |
| Makino | |
| Forest Line | |
| High Velocity | |
| A77 | |
| T2 | |
| Mag3 | |
| Single spindle | |
| Multi-spindle OR multi spindle | |
| High torque | |
| Gantry | |
| Extrusion | |
| Cinetic | |
| Chiron | |
| Modig | |
| HHV | |
| FlexMills OR Flex Mills | |
| Henri Line | |
| (3 or three OR 4 or four OR five OR 5) /4 axis | |
| Okuma | |
| Matsuura OR Matsura | |
| SNK | |
| Mazak | |
| Nomura | |

Confidential

*Lawson v. Spirit Aerosystems, Inc.*
*Plaintiff's First Set of Search Terms To Spirit*
*1/28/2019*

| Search Term | Notes |
|---|---|
| DeVleg Or DeVlieg Or DeVleig | |
| Toshiba | |
| precision bor! | |
| Norsk | |
| Additive Manufactur! | |
| Joule Form! | |
| Heat Treat! | |
| Shot Peen! | |
| Hand Form! | |
| Paint! | |
| ISO9001 OR ISO 9001 | |
| AS9001C OR AS 9001C OR AS9001 OR AS 9001 | |
| FAA /50 (approv! OR certif!) | |
| Certification | |