**WILLKIE FARR & GALLAGHER LLP**

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 30, 2019

**VIA EMAIL**

Ann Marie Arcadi
Arcadi Jackson, LLP
2911 Turtle Creek Blvd., Suite 800
Dallas, TX 75219

Re: *Lawson v. Spirit AeroSystems, Inc.*, Case No. 18-1100-EFM-ADM (D. Kan.)—Selection of Second Set of Custodians and Search Terms

Dear Ann Marie:

We are writing pursuant to the Court's April 26, 2019 Order (the "Order") (ECF No. 82) and in response to your letter dated May 20, 2019 ("Letter").

Plaintiff hereby informs Spirit that he seeks electronically-stored information ("ESI") from the following five custodians (the "Second Custodians")[1] using the search terms attached to this letter as Exhibit A (the "Proposed Search Terms"):

1. Krisstie Kondrotis, former Senior VP Defense Programs & Business Development

2. Thomas Gentile, CEO

3. Vic McMullen, VP/GM Wichita Operations

4. Ron Rabe, Senior VP Fabrication & Supply Chain Management

5. Bill Brown, Senior VP/GM Oklahoma Operations, Business/Regional Jets & Global Customer Support

The date ranges to be applied to each custodian are January 1, 2013 to the present. To further good faith discussions, please also let us know the (a) volume of ESI for each Second Custodian individually, (b) total volume of ESI for all five Second Custodians, deduplicated against each other, and (c) total volume of ESI for the custodians listed both in this letter and the May 23 Letter ("May 23 Letter"), deduplicated against each other.

---

[1] Based on representations from Spirit's counsel, Lawson understands that none of Spirit's senior management send or store emails through their administrative assistants. If this is incorrect, Lawson expects the Proposed Search Terms to also be applied to the ESI each custodian's assistants.

If Spirit chooses to offer a search term proposal in response, we request that you provide, along with such proposal, "hit reports" for both our Proposed Search Terms and Spirit's responsive search terms. The hit reports should be provided on a per custodian basis and reflect the number of "hits" per search term, with information regarding both the number of total and unique hits.

Lawson reasserts the objections made in his May 23 Letter regarding Spirit's non-compliance with the Order. On our meet and confer yesterday, Spirit indicated that it was not in a position to comply with our request in the May 23 Letter to provide additional information regarding why the custodians identified in Spirit's May 20 Letter contained responsive ESI for the categories specified in Lawson's letter, beyond simply the titles of those custodians, which Lawson already has from Spirit's organizational charts.

Spirit's position is especially prejudicial to Lawson given that Spirit knew that Lawson's deadline to serve his Second Custodian list was today. Despite this, five of the potential custodians identified in the May 20 Letter, Zach Zimmerman, Bob Skinner, Eric Hein, Susan Shook, and Katie Wesbrooks, were not listed on Spirit's initial disclosures and have never appeared in any list of custodians proposed by Spirit prior to the Court's April 26 Order. Spirit's failure to list these custodians in any of its prior proposed custodian lists suggests one of two things: either Spirit does not view them as particularly likely to have ESI responsive to the issues in this case, or Spirit did but did not identify them to Lawson at any point during the parties' meet and confers prior to being ordered to do so by the Court. Spirit's failure to provide the information it was ordered to provide by the Court continues to prejudice Lawson's ability to select the appropriate custodians for ESI searches. Lawson reserves the right to request relief from the Court on this issue.

Also on the meet and confer, Lawson again raised the issue of whether Spirit would produce Lawson's ESI while he was employed by Spirit. On that call, Spirit took the position that Lawson would need to request searches of his ESI pursuant to the April 26 ESI Protocol. If Spirit does not intend to produce Lawson's ESI, and instead intends to take the position that Lawson must request searches of his ESI pursuant to the April 26 ESI Protocol, please let us know as soon as possible so we may seek clarity from the Court on this issue next week.

Finally, Lawson has yet to analyze Spirit's hit reports and proposed search terms delivered earlier today. This letter is without prejudice to Lawson's rights with respect to those, and all other, matters.

Sincerely,

/s/ Martin L. Seidel

Martin L. Seidel

cc: All counsel

**Lawson v. Spirit Aerosystems, Inc.**     **CONFIDENTIAL**
**Plaintiff's Proposed Search Terms To Spirit Pursuant to April 26 Order (Second Custodians)**
**5/30/19**

| No. | Search Term | | Instructionsw/Notes |
|---|---|---|---|
| 1 | Arconic | | AND, OR, or /w denote connectors |
| 2 | Alcoa | | * denotes expander |
| 3 | PCC OR "Precision Cast Parts" | | |
| 4 | Lisi | | |
| 5 | @arconic.com | | |
| 6 | Lawson | | If Spirit produces all ESI from Lawson pursuant to the May 23 Letter, Lawson will withdraw his request for search terms 6 and 7 |
| 7 | larry.a.lawson@spiritaero.com | | |
| 8 | llawson333@gmail.com | | |
| 9 | Boeing AND (buy OR sell OR sale OR sold OR design* OR manuf* OR fab* OR suppl*) | | |
| 10 | Airbus AND (buy OR sell OR sale OR sold OR design* OR manuf* OR fab* OR suppl*) | | |
| 11 | (GE OR "General Electric") AND (buy OR sell OR sale OR sold OR design* OR manuf* OR fab* OR suppl*) | | |
| 12 | ("Rolls Royce" OR Rolls OR RR) AND (buy OR sell OR sale OR sold OR design* OR manuf* OR fab* OR suppl*) | | |
| 13 | Bombardier AND (buy OR sell OR sale OR sold OR design* OR manuf* OR fab* OR suppl*) | | |
| 14 | Sikorsky AND (buy OR sell OR sale OR sold OR design* OR manuf* OR fab* OR suppl*) | | |
| 15 | Fasten* AND (sup* OR purchas* OR make OR manuf* OR fab* OR boeing OR airbus) | | |
| 16 | Skin AND (sup* OR purchas* OR make OR manuf* OR fab* OR Boeing OR Airbus) | | |
| 17 | ("Tier" 1 OR First-Tier OR "Tier one" OR "First Tier" OR "1st Tier") AND (suppl* OR Compet* OR acquir* OR Consold* OR merg* OR aerostructur*) | | |
| 18 | ("Tier 2" OR Second-Tier OR "Tier two" OR "Second Tier" OR "2nd Tier") AND (suppl* OR Compet* OR acquir* OR Consold* OR merg* OR aerostructur*) | | |
| 19 | ("Tier 3" OR Third-Tier OR "Tier three" OR "Third Tier" OR "3rd Tier") AND (suppl* OR Compet* OR acquir* OR Consold* OR merg* OR aerostructur*) | | |
| 20 | ("Tier 4" OR Fourth-Tier OR "Tier four" OR "Fourth Tier" OR "4th Tier") AND (suppl* OR Compet* OR acquir* OR Consold* OR merg* OR aerostructur*) | | |
| 21 | (board OR directors OR committee) AND (materials OR packages OR meet! OR strateg*) | | |
| 22 | (Report* OR analy* OR present*) AND (market OR compet* OR supp* OR acquir* OR Aerostructur* OR component OR sub-component) | | |
| | (con't on next page) | | |

(con't on next page)

Lawson v. Spirit Aerosystems, Inc.
Plaintiff's Proposed Search Terms To Spirit Pursuant to April 26 Order (Second Custodians)
5/30/19

**CONFIDENTIAL**

| | Term 1 | Term 2 | Each term in the Term 1 column should be paired with each term in the Term 2 column with an AND connector |
|---|---|---|---|
| 23 | Fuselage | Boeing | |
| 24 | Flight w/3 (critical OR part OR component OR deck) | Airbus | |
| 25 | Critical w/3 part | Suppl* | |
| 26 | Deck w/3 component | purchas* | |
| 27 | Frame w/3 (bay OR crown OR Door) | (Rolls Royce OR RR OR Rolls) | |
| 28 | Wing w/3 (rib OR box OR spar OR stringer OR tip OR cap) | (General Electric OR GE) | |
| 29 | Winglet w/3 (tip OR cap) | Procur* | |
| 30 | Shear w/3 tie | Fab* | |
| 31 | Pallet w/3 assembl* | Design* | |
| 32 | Spoiler | Manufact* | |
| 33 | Door w/3 (access OR surround) | Produc* | |
| 34 | (helicopter OR heli OR copter) w/3 floor | Compet* | |
| 35 | Engine w/3 (base OR structure) | (Sell OR Sale OR Sold) | |
| 36 | Turbine w/3 (base OR structure) | certif* | |
| 37 | Window w/3 frame | insourc* | |
| 38 | Seat w/3 track | Sikorsky | |
| 39 | Pylon w/3 (bulkhead OR spar OR component OR fit* OR heat OR shield OR Aft OR fair*) | Embraer | |
| 40 | Aft w/3 fair* | Component | |
| 41 | Bulkhead OR bulk | Sub-component | |
| 42 | Bird w/3 (strike OR panel) | Aerostructur! | |
| 43 | Strike w/3 panel | | |
| 44 | Clam w/3 shell | | |
| 45 | Crack w/3 stop* | | |
| 46 | Diffus* OR Difus* | | |
| 47 | (Hydraulic OR hydro) w/3 tub* | | |
| 48 | Keel w/3 beam | | |
| 49 | Lavatory | | |
| 50 | Bathroom | | |
| 51 | Nacelle w/3 (structure OR bulkhead OR skin OR door) | | |
| 52 | Nose w/3 double* | | |
| 53 | Splice w/3 strap | | |
| 54 | Flap | | |
| 55 | Stancion | | |
| 56 | Tailcone | | |
| 57 | Tail w/3 frame | | |
| 58 | Thrust w/3 reverse | | |
| 59 | Trailing w/3 (edge OR flap) | | |
| 60 | Edge w/3 flap | | |
| 61 | Aileron | | |