| | |
|---|---|
| **From:** | Lee Budner |
| **To:** | Waisnor, Jonathan D.; Jim Robinson; Seidel, Martin |
| **Cc:** | Ann Marie Arcadi; Seema Tendolkar; DeGraffenreid, Jeff; Greg Jackson |
| **Subject:** | Hit reports and sampling exercise |
| **Date:** | Wednesday, June 5, 2019 8:31:37 PM |
| **Attachments:** | Pltf proposed terms 06052019 all custodians.xls |
| | Pltf proposed terms 06052019 by custodian.xls |

Counsel – Please see the attached hit reports based on Lawson's proposed search terms. The first hit report shows the hits for all 10 custodians together. The second hit report shows the hits per each of the 10 custodians.

The total document count for the ten custodians was 1,757,277 documents (and 1,203,219 after de-duplication). Applying Lawson's 803 search terms to the 1,203,219 documents resulted in 304,272 document hits (200 GB of data).

Additionally, Legility re-ran a 384 document sample across the de-duplicated document hits from the data from the first five custodians (which consisted of 211,025 documents). A review of this sample resulted in just 30 responsive documents, i.e. a 7.8% responsiveness rate.

**Lee Budner**
Associate
Arcadi Jackson, LLP
2911 Turtle Creek Blvd., Suite 800
Dallas, TX 75219
lee.budner@arcadijackson.com • www.arcadijackson.com
Main: 214.865.6458 • Direct: 214.865.6704 • Mob: 214.673.0894

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this message in error, please notify us immediately by e-mail and delete the original message.