## Seema Tendolkar

| | |
|---|---|
| **From:** | Niczky, Joseph T. <JNiczky@willkie.com> |
| **Sent:** | Tuesday, July 2, 2019 11:41 AM |
| **To:** | Waisnor, Jonathan D.; DeGraffenreid, Jeff; Greg Jackson; Seema Tendolkar; Lee Budner; 'Ann Marie Arcadi' |
| **Cc:** | Seidel, Martin; Jim Robinson; Ann Marie Arcadi; Houghton-Larsen, M Annie |
| **Subject:** | RE: Spirit/Lawson |
| **Attachments:** | 2019.07.02 Lawson Corrected Proposed Search Terms.pdf |

[This email is from an **EXTERNAL** sender]

Counsel,

As discussed on the call, please see attached Lawson's Corrected Proposed Search Terms. In Lawson's proposed search terms dated June 28, 2019, the search term "titan* w/5 alloy" was inadvertently included twice for both Matthies and Rabe. The second instance should instead have been "alum* w/5 alloy" for both custodians. Please confirm that you will include both "titan* w/5 alloy" and "alum* w/5 alloy" (without quotation marks) in your hit reports for both Matthies and Rabe, as included in the Corrected Proposed Search Terms. Thanks.

Joe

**Joseph T. Niczky**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8659 | Fax: +1 212 728 8111
jniczky@willkie.com | vCard | www.willkie.com bio

**From:** Waisnor, Jonathan D.
**Sent:** Friday, June 28, 2019 4:16 PM
**To:** DeGraffenreid, Jeff <jdegraffenreid@foulston.com>; Greg Jackson <greg.jackson@arcadijackson.com>; Seema Tendolkar <seema.tendolkar@arcadijackson.com>; Lee Budner <lee.budner@arcadijackson.com>; 'Ann Marie Arcadi' <annmarie.arcadi@icloud.com>
**Cc:** Seidel, Martin <MSeidel@willkie.com>; Jim Robinson <robinson@hitefanning.com>; 'Ann Marie Arcadi' <annmarie.arcadi@arcadijackson.com>; Niczky, Joseph T. <JNiczky@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Subject:** Spirit/Lawson

Counsel,

Please see the attached correspondence from Martin Seidel, including Lawson's revised proposed search terms.

Thanks,

**Jonathan D. Waisnor**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8597 | Fax: +1 212 728 9597
jwaisnor@willkie.com | vCard | www.willkie.com bio

1

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

# Exhibit 1

| | Brown | Cocca | Crossman | Gentile | Hawkins | Kondrotis | Lohmeier | Matthies | McMullen | Rabe |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | alum* w/5 alloy | Aileron | Aileron | Airbus w/25 ("request for information" OR RFI) | alum* w/5 alloy | aerostructur* AND market* | Airbus w/25 ("request for information" OR RFI) | Airbus w/25 ("request for information" OR RFI) | Airbus | alum* w/5 alloy |
| 2 | bond* w/5 (assy OR assemb*) | alum* w/5 alloy | Alcoa | Airbus w/25 ("request for proposal OR RFP) | Boeing w/25 ("request for information" OR RFI) | aerostructur* AND suppl* | Airbus w/25 ("request for proposal" OR RFP) | Airbus w/25 ("request for proposal" OR RFP) | alum* w/5 alloy | bond* w/5 (assy OR assemb*) |
| 3 | bulkhead | bond* w/5 (assy OR assemb*) | Arconic | Airbus w/25 Bid* | Boeing w/25 ("request for proposal" OR RFP) | Bid* | Airbus w/25 Bid* | Airbus w/25 Pitch | Boeing w/25 ("request for information" OR RFI) | bulk* |
| 4 | compet* | bulkhead | Boeing w/25 Bid* | Airbus w/25 Pitch | Boeing w/25 Bid* | Boeing | Airbus w/25 pitch | alum* w/5 alloy | | compet* |
| 5 | "control surface*" AND Arconic | compet* | bond* w/5 (assy OR assemb*) | Alcoa | Boeing w/25 pitch | compet* AND Spirit | bond* w/5 (assy OR assemb*) | Boeing w/25 ("request for information" OR RFI) | Boeing w/25 ("request for proposal" OR RFP) | "control surface*" w/25 Boeing |
| 6 | "control surface*" w/25 Boeing | "control surface*" AND Arconic | "control surface*" w/25 Boeing | Arconic | bond* w/5 (assy OR assemb*) | Component* | bulkhead w/25 Airbus | Boeing w/25 ("request for proposal" OR RFP) | Boeing w/25 Bid* | fab* AND Capab* |
| 7 | Fasten* AND manuf* | "control surface*" w/25 Boeing | critical w/5 part | Boeing w/25 ("request for information" OR RFI) | bulkhead w/25 Boeing | "control surface*" w/25 Boeing | compet* | Boeing w/25 Bid* | Boeing w/25 pitch | fab* AND expan* |
| 8 | Fasten* AND purchas* | Fasten* AND fab* | fasten* | Boeing w/25 ("request for proposal" OR RFP) | compet* | fab* AND business | Fasten AND fab* | Boeing w/25 pitch | bond* w/5 (assy OR assemb*) | fab* AND updat* |
| 9 | fuselage | Fasten* AND manuf* | flap | Boeing w/25 Bid* | "control surface*" w/25 Boeing | Fab* AND expan* | Fasten* AND manuf* | bond* w/5 (assy OR assemb*) | bulkhead | Fasten* |
| 10 | hinge w/5 (assy OR assemb*) | Fasten* AND purchas* | fuselage w/25 Boeing | Boeing w/25 pitch | Fasten* | fab* AND market* | Fasten* AND purchas* | compet* | compet* | flap |
| 11 | latch w/5 (assy OR assemb*) | flap | hinge w/5 (assy OR assemb*) | compet* AND Spirit | Fasten* AND fab* | Fasten* | Fasten* AND purchas* | "control surface*" w/25 Boeing | "control surface*" w/25 Boeing | hinge w/5 (assy OR assemb*) |
| 12 | nacelle | fuselage w/25 Boeing | latch w/5 (assy OR assemb*) | compet* AND Spirit | Fasten* AND manuf* | merg* | flap | Fab* AND capab* | Fasten* | "keel beam" |
| 13 | nut | hinge w/5 (assy OR assemb*) | "keel beam" | compet* w/25 Airbus | Fasten* AND purchas* | Pitch | fuselage | fasten* | hinge w/5 (assy OR assemb*) | latch w/5 (assy OR assemb*) |
| 14 | Procur* | "keel beam" | nut | compet* w/25 Boeing | hinge w/5 (assy OR assemb*) | Procur* | hinge w/5 (assy OR assemb*) | fuselage | latch w/5 (assy OR assemb*) | manuf* AND capab* |
| 15 | pylon | latch w/5 (assy OR assemb*) | PCC OR "Precision Castparts" | "control surface*" AND RFI | latch w/5 (assy OR assemb*) | "request for information" OR RFI | latch w/5 (assy OR assemb*) | hinge w/5 (assy OR assemb*) | nacelle | nut |
| 16 | Skin AND (make OR made) | nacelle | Pitch | Fab* AND capab* | nut | "request for proposal" OR RFP | nut | latch w/5 (assy OR assemb*) | nut | PCC OR "Precision Castparts" |
| 17 | Skin AND manuf* | nut | "Request for information" OR RFI | Fasten* | Procur* | Skin AND fuselage | PCC OR "Precision Castparts" | manuf* AND capab* | Procur* | Procur* |
| 18 | Skin AND purchas* | pylon | "Request for Proposal" OR RFP | Fuselage w/25 Boeing | Skin AND Fuselage | Skin AND Wing | Procur* | nut | pylon | "seat track" |
| 19 | Skin AND sup* | "seat track" | "seat track" | manuf* AND capab* | Skin And wing | snubb* | Skin And fuselage | Procur* | Skin AND Fuselage | Skin AND Fuselage |
| 20 | snubb* | "shear tie" | Skin AND fab* | Procur* | snubb* | Subcompon* | Skin AND Wing | Skin AND fuselage | Skin AND wing | Skin AND Wing |
| 21 | supp* w/5 chain | Skin AND fuselage | Skin AND manuf* | Skin AND Fuselage | supp* w/5 chain | supp* w/5 chain | snubb* | Skin AND Wing | snubb* | snubb* |
| 22 | titan* w/5 alloy | Skin AND wing | Skin AND sup* | Skin AND Wing | titan* w/5 alloy | | supp* w/5 chain | snubb* | supp* w/5 chain | supp* w/5 chain |
| 23 | wing | snubb* | splice w/5 strap | supp* w/5 chain | | | trail* w/5 edge | supp* w/5 chain | titan* w/5 alloy | titan* w/5 alloy |
| 24 | | titan* w/5 alloy | trail* w/5 edge | | | | | titan* w/5 alloy | | trail* w/5 edge |
| 25 | | trail* w/5 edge | window w/5 frame | | | | | window w/5 frame | | |