

**Ann Marie Arcadi**
Partner
214.862.0063
annmarie.arcadi@arcadijackson.com

October 1, 2019

Via E-mail
Martin Seidel
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099E-mail:
mseidel@willkie.com

Joseph T. Niczky
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
E-mail: jniczky@willkie.com

Re:     Lawson v. Spirit AeroSystems, Inc., Civil Action No. 6:18-cv-01100-EFM-ADM

Dear Counsel:

I write to correct some of the misstatements contained in Joe's email dated September 30, 2019, and to address your recent proposal that Spirit turn over all of the Spirit ESI at issue (~322,000 documents) so that Lawson can conduct his own TAR.

First, Spirit declines to turn over the Spirit ESI to Lawson so that Lawson can conduct his own TAR. Based on the sampling exercises conducted to date, 95% of the ~322,000 documents at issue are likely non-responsive to Lawson's requests on business overlap and/or are not relevant to this litigation. These documents also undoubtedly include attorney-client privileged communication and attorney work product, Spirit proprietary information unrelated to this case, and confidential third-party and customer information. Additionally, we strongly disagree with your statement that turning over all ~322,000 documents at this juncture would "help the parties avoid costly motion practice on the issue of fee-shifting." As you know, Spirit's TAR is already underway (per Lawson's directive) and Spirit is already incurring costs associated with same. Your proposal was sent the afternoon before Spirit's motion on cost/fee shifting is required to be filed, eleven days after Spirit asked you whether Lawson wanted Spirit to proceed with the TAR review, and four days after Spirt indicated that the TAR process had already begun. Your proposal also did not include any comparative costs/fees associated with Lawson's proposed TAR process.

Second, with respect to Spirit's TAR, Spirit did not indicate that we "will cut off the review when [we] are confident there are no more responsive documents." Rather, consistent with standard TAR practices, we will end the TAR when a defensible and reasonable recall is achieved and the cost of continuing the review to find any remaining responsive documents outweighs any benefit.

Third, your email omits that, during the call, we specifically addressed your concern regarding "potential for under-coding of responsive material" by first level reviewers. As indicated during the call, there are multiple layers of quality control that prevent under-coding or incorrect coding from impacting the TAR process. In addition to the AI's automatic detection of discrepancies between how a reviewer codes a document and how the system believes a document should be coded, the Arcadi Jackson team's quality control review will include a review of certain non-responsive documents for this purpose.

Fourth, your email raises general concerns regarding the cost of Legility's contract reviewers & project managers. Although we do not believe these rates are unreasonable or significantly above market, as indicated on our call, Legility's contract reviewers also have participated in multiple matters for Spirit and we are therefore able to leverage their historical knowledge around Spirit's business and its documents. The experience level and knowledge base of these reviewers helps ensure that the first level review is more accurate and more efficient.

During our call, we indicated that we would produce documents responsive to those RFPs served by Lawson on Spirit's business/overlap of business with Arconic and relationship with Arconic, even though all of those RFP numbers are not specifically listed in the Court's Oder dated April 26, 2019.

Finally, we wanted to clarify that the estimated $250,000-$400,000 cost does include an estimate of the Arcadi Jackson attorney time that will be required in connection with the TAR.

Please let me know if you would like to discuss these issues further.

                                          Sincerely,

                                          */s/Ann Marie Arcadi*

                                          Ann Marie Arcadi