**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LARRY A. LAWSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SPIRIT AEROSYSTEMS, INC.,**<br><br>**Defendant.** | Case No. 6:18-cv-01100-EFM-ADM |

**PLAINTIFF LARRY A. LAWSON'S**
**MOTION FOR ADDITIONAL DEPOSITIONS**

Pursuant to the Court's January 10, 2020 Order (ECF No. 221), Rules 26(b) and 30(a) of the Federal Rules of Civil Procedure, and D. Kan. Rule 7.1, Plaintiff Larry A. Lawson ("Lawson") hereby moves the Court for an order granting leave for additional depositions in this case.

Lawson's counsel certify, per D. Kan. Rule 37.2, that they have met and conferred with Spirit's attorneys about this dispute.

Lawson, therefore, respectfully askes the Court to enter an order granting leave to take four additional depositions.

Respectfully submitted,

*/s/ F. James Robinson Jr.*
F. James Robinson Jr. (SC #11589)
Kim Donica Farha (SC #24389)
robinson@hitefanning.com
farha@hitefanning.com
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Suite 950
Wichita, KS 67202
Telephone: 316-265-7741
Facsimile: 316-267-7803

Martin L. Seidel (*pro hac vice*)
Jonathan D. Waisnor (*pro hac vice*)
mseidel@willkie.com
jwaisnor@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111

*Attorneys for Plaintiff Larry A. Lawson*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of January, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                              */s/ F. James Robinson, Jr.*
                              F. James Robinson, Jr., SC #11589