**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LARRY A. LAWSON,<br>Plaintiff,<br>v.<br>SPIRIT AEROSYSTEMS, INC.,<br>Defendant. | Civil Action No. 6:18-cv-01100-EFM-ADM |

**PLAINTIFF'S APPEAL FROM, AND OBJECTIONS TO, THE MAGISTRATE JUDGE'S ORDERS SHIFTING COSTS**

Pursuant to Fed. R. Civ. P. 72(a) and D. Kan. 72.1.4(a), Plaintiff Larry A. Lawson ("Lawson") hereby moves the Honorable Eric F. Melgren to review Magistrate Judge Angel Mitchell's June 18, 2020 Order (ECF No. 372) and July 6, 2020 decision denying Motion for Reconsideration (ECF No. 383). As detailed in the Plaintiff's Appeal of the Magistrate Judge's Orders Shifting Costs and Denying Reconsideration, and Memorandum in Support filed herewith, Lawson objects to the Orders and their holdings as clearly erroneous and contrary to law.

Lawson respectfully requests the Court to enter an Order reversing Magistrate Judge Angel Mitchell's June 18, 2020 Order (ECF No. 372) and July 6, 2020 decision denying Motion for Reconsideration (ECF No. 383).

Respectfully submitted,

/s/ F. James Robinson Jr.
F. James Robinson Jr. SC #11589
Kim Donica Farha SC #24389
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Suite 950
Wichita, KS 67202
robinson@hitefanning.com
farha@hitefanning.com
Telephone: 316-265-7741
Facsimile: 316-267-7803

Martin L. Seidel (*pro hac vice*)
James C. Dugan (*pro hac vice*)
Ravi Chanderraj (*pro hac vice*)
Joseph T. Niczky (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
mseidel@willkie.com
jdugan@willkie.com
rchanderraj@willkie.com
jniczky@willkie.com
Telephone: 212-728-8000
Facsimile: 212-728-8111

*Counsel for Plaintiff Larry A. Lawson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2020, I electronically filed the foregoing with the clerk of the court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ F. James Robinson Jr.
F. James Robinson Jr. SC #11589