# United States District Court

**-------------------------- DISTRICT OF KANSAS----------------------------**

**LARRY A. LAWSON,**

**Plaintiff,**

**v.** **Case No: 18-1100-EFM**

**SPIRIT AEROSYSTEMS, INC.,**

**Defendant,**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court at a bench trial. The issues have been considered and a decision has been rendered. IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 597, filed on October 19, 2021, Plaintiff is entitled to recover from Defendant $44,785,087 (Forty-four million seven hundred eighty-five thousand eighty-seven dollars and no/100) plus post-judgment interest at the rate of 4.25%.

This case is closed.

October 19, 2021
Date

SKYLER O'HARA
CLERK OF THE DISTRICT COURT

by: s/ Cindy McKee
Deputy Clerk